1 The People of the State of Colorado, Plaintiff-Appellee, v. Joseph Mack Larimore, Defendant-Appellant. No. 19CA2046
Court of Appeals of Colorado, Second Division
November 10, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Jefferson County District Court No. 19CR439 Honorable Margie
 L. Enquist, Judge
 
 
 
 OPINION
 
 
 YUN,
 JUDGE
 
 
 JUDGMENT
 AFFIRMED
 
 
 Berger
 and Davidson [*] , JJ., concur
 
 2
 
 ---------
 
 
 Notes:
 
 
 [*]
 Sitting by assignment of the Chief Justice under provisions
 of Colo. Const. art. VI, § 5(3), and § 24-51-1105,
 C.R.S. 2020.
 
 
 ---------